IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL ACTION NO. 4:09CR49-P-S

MARIE JACKSON, PATRICIA WASHINGTON,
MARY WESLEY, AND SHIRLEY WHITE

**ORDER**

This cause is before the Court on defendant Jackson's Motion for Continuance [69]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The defendant seeks a continuance of the trial set to commence on October 19, 2009. In support of the motion, defense counsel avers that he has had insufficient time to devote to trial preparation due to his obligations in numerous other matters including an upcoming trial before the Circuit Court of Franklin County. The government has no objection to the requested relief. Based on the foregoing, the Court finds that the defendant's motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from October 19, 2009 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford defendant a reasonable time for adequate and effective preparation of his defense. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. Defendant Jackson's Motion for Continuance [69] is GRANTED;

2. That the trial of this matter is continued as to all defendants until Monday, December 14, 2009 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from October 19, 2009 until December 14, 2009 is excluded as set out above;

4. That the deadline for filing pretrial motions is November 23, 2009;

5. That the deadline for submitting a plea agreement is November 30, 2009.

SO ORDERED, this the 8th day of October, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE