**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                            **CRIMINAL ACTION NO. 4:09CR49-P-S**

**MARIE JACKSON, MARY WESLEY,
AND SHIRLEY WHITE**

## ORDER

This cause is before the Court on defendant Jackson's Motion for Continuance [78]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

Defense counsel represents in the motion that he has a conflict due to a prior existing trial setting. Rule 16.3 of the Uniform Local Rules provides: "When the Court has set a case for trial . . . which conflicts with a court appearance of counsel in other courts, the first case having a firm setting shall control . . . ." The Court is also advised that the government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from December 14, 2009 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given defense counsel's conflicting prior trial setting in another court, a continuance is required under the Local Rules and in order to ensure the availability of defense counsel at the trial of this cause. Therefore, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. Defendant Jackson's Motion for Continuance [78] is GRANTED;

2. That the trial of this matter is continued as to all defendants until Monday, February 22, 2010 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir dire is to be held at the same time and place;

3. That the delay from December 14, 2009 until February 22, 2010 is excluded as set out above;

4. That the deadline for filing pretrial motions is February 1, 2010;

5. That the deadline for submitting a plea agreement is February 8, 2010.

SO ORDERED, this the 2nd day of December, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE