**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                 **CRIMINAL ACTION NO. 4:09CR49-P-S**

**MARIE JACKSON AND MARY WESLEY**

**ORDER**

This cause is before the Court on defendant Jackson's Motion for Continuance [89]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for February 22, 2010. Counsel for defendant seeks a continuance on grounds that discovery is ongoing and he is in need of additional time to complete a thorough review of the discovery materials to be provided by the government and to engage in necessary trial preparation. The government does not object to the requested continuance. Based on the foregoing, the Court finds that the defendant's motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from February 22, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford defendant additional time to investigate and prepare a defense to the pending charges. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. Defendant Jackson's Motion for Continuance [89] is GRANTED;

2. That the trial of this matter is continued as to all remaining defendants until Monday, April 5, 2010 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir dire is to be held at the same time and place;

3. That the delay from February 22, 2010 until April 5, 2010 is excluded as set out above;

4. That the deadline for filing pretrial motions is March 15, 2010;

5. That the deadline for submitting a plea agreement is March 22, 2010.

SO ORDERED, this the 4th day of February, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE